IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL ZVOLON AMITAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEWS FOR JESUS, INC.,<br><br>　　　　Defendant. | Case No. 25-cv-01258-MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT COURTESY COPIES OF DOCUMENTS** |

On February 13, 2025, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith courtesy copies of the Notice of Removal, filed February 5, 2025, as well as the exhibits attached thereto. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: February 18, 2025

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge