Nicolaie Cocis (SBN 204703)
LAW OFFICE OF NIC COCIS & ASSOC.
25026 Las Brisas Rd.
Murrieta, CA 92562
(951) 666-2600
nic@cocislaw.com

Horatio G. Mihet*
Kristina Heuser*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
hmihet@lc.org
kheuser@lc.org

* Admitted Pro Hac Vice

*Attorneys for Defendant Jews for Jesus*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| ARIEL ZVOLON AMITAY,<br><br>Plaintiff,<br><br>v.<br><br>JEWS FOR JESUS, a California nonprofit corporation, and DOES 1–50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01258-MMC<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION** |

IT IS HEREBY ORDERED that, pursuant to the Joint Stipulation Requesting Rescheduling of Case Management Conference filed by counsel on March 5, 2025 (Dkt. 17), the Case Management Conference to be held in this case before the Honorable Maxine M. Chesney previously scheduled for Friday, May 16, 2025 at 10:30 a.m. is rescheduled to Friday, May 9, 2025, at 10:30 a.m., ~~in Courtroom No. 7, 19th floor, Federal Building.~~ to be held via a Zoom webinar.

All other aspects of this Court's February 13, 2025 Case Management Conference Order (Dkt. 13) remain in full force and effect.

IT IS SO ORDERED.

Dated:  March 10, 2025

_____
MAXINE M. CHESNEY
United States District Judge