Nicolaie Cocis (SBN 204703)
LAW OFFICE OF NIC COCIS & ASSOC.
25026 Las Brisas Rd.
Murrieta, CA 92562
(951) 666-2600
nic@cocislaw.com

Horatio G. Mihet*
Kristina Heuser*
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
hmihet@lc.org
kheuser@lc.org

* Admitted Pro Hac Vice

*Attorneys for Defendant Jews for Jesus*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| ARIEL ZVOLON AMITAY,<br><br>Plaintiff,<br><br>v.<br><br>JEWS FOR JESUS, a California nonprofit corporation, and DOES 1–50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-01258-MMC<br><br>**ORDER RESCHEDULING HEARING ON PLAINTIFF'S MOTION TO REMAND TO SUPERIOR COURT AND REQUEST FOR ATTORNEY FEES AND COSTS PURSUANT TO STIPULATION** |

IT IS HEREBY ORDERED that, pursuant to the Joint Stipulation Requesting Rescheduling of Case Management Conference filed by counsel on March 19, 2025 (Dkt. 21), the hearing on plaintiff's motion to remand ~~Case Management Conference~~ to be held in this case before the Honorable Maxine M. Chesney previously scheduled for Friday, April 18, 2025 at 9 a.m. is rescheduled to Friday, April 25, 2025 at 9 a.m. in Courtroom No. 7, 19th floor, Federal Building.

Dated: March 19, 2025

_____
MAXINE M. CHESNEY
United States District Judge