```
1  Nicolaie Cocis (SBN 204703)
   LAW OFFICE OF NIC COCIS & ASSOC.
2  25026 Las Brisas Rd.
   Murrieta, CA 92562
3  (951) 666-2600
   nic@cocislaw.com

4  Horatio G. Mihet*
   Kristina Heuser*
5  LIBERTY COUNSEL
   P.O. Box 540774
6  Orlando, FL 32854
   (407) 875-1776
7  hmihet@lc.org
   kheuser@lc.org

8  * Admitted Pro Hac Vice
```

*Attorneys for Defendant Jews for Jesus*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| ARIEL ZVOLON AMITAY, | Case No. 3:25-cv-01258-MMC |
|---|---|
| Plaintiff, | **ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND TO SUPERIOR COURT AND REQUEST FOR ATTORNEY FEES AND COSTS PURSUANT TO STIPULATION** |
| v. | |
| JEWS FOR JESUS, a California nonprofit corporation, and DOES 1–50, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED that, pursuant to the Joint Stipulation Regarding Defendant's Request for Extension of Time to Respond to Plaintiff's Motion to Remand to Superior Court and Request for Attorney Fees and Costs filed by counsel on March 21, 2025 (Dkt. 23), the briefing schedule for Plaintiff's Motion to Remand to Superior Court and Request for Attorney Fees and Costs is modified as follows: Defendant's response shall be filed on or before March 27, 2025 and Plaintiff's reply, if any, shall be filed on or before April 3, 2025.

1
2   The hearing shall remain on April 25, 2025.  IT IS SO ORDERED.
3   Dated:  March 21, 2025
4                                                                 _____
                                                              MAXINE M. CHESNEY
5                                                             United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21